# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MARK ANTHONY ROBINSON,

                Petitioner

           v.

AS YET UNIDENTIFIED SCI-ROCKVIEW SUPERVISORS IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, BRIAN THOMPSON, DEPUTY SUPERINTENDANT FOR FACILITY MANAGEMENT, ROBERT MARSH, DEPUTY SUPERINTENDANT FOR CENTRALIZED SERVICES, CAPTAIN DALE, UNIT MANAGER, GRANLUND, JEFFRERY RACKOVAN, GRIEVANCE COORDINATOR/SUPERINTENDANT ASSISTANT, LT. GRICE, OFFICER VAN GORDER, OFFICER BANEY, OFFICER DAVIS, OFFICER JOHN DOE 1, OFFICER JOHN DOE 2, 'BRENDA', LPN, 'PAM', LPN, 'TED' (WILLIAM) WILLIAMS, CHIEF HEALTH CARE ADMINISTRATOR,

                Respondents

: No. 781 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal and "Motion for Good Cause" are **DENIED**.